UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND ROMAGNOLO,
Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC. and UAG WEST BAY IP, LLC,
Defendants.

CA 08 324ML

**NOTICE OF REMOVAL**

TO: Honorable Chief Judge and Judges of the United States District Court

Porsche Cars North America, Inc., ("PCNA") UAG West Bay IP, LLC ("UAG") the Defendants in the above-captioned action, hereby file this Notice of Removal of this action from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §1441, and in support thereof avers as follows:

1. As appears from the docket, files and records of the Kent Superior Court, the above-captioned action was commenced against PCNA and UAG on or about June 26, 2008.

2. On August 28, 2008, the Plaintiff served PCNA and UAG by causing a copy of the Summons and Complaint to be served on PCNA and UAG's agents for service of process in Rhode Island.

3. No further proceedings have been had in Kent Superior Court in connection with the above-captioned action.

4. The above-captioned action is a civil action alleging violation of the Magnusson-Moss Warranty Act, 15 USC §2301, et seq. The Complaint also alleges claims of breach of contract, rescission of contract, revocation of acceptance, breach of express warranty, breach of implied warranty of merchantability, R.I.G.L. 6-13.1, et seq. and R.I.G.L. 31-5.2, et seq. ("Lemon Law").

5. Plaintiff has alleged that he is seeking repurchase of the vehicle and additional costs and expenses. Exhibit A to the Plaintiff's Complaint identifies the purchase price as $89,845.75. As such the amount of controversy is in excess of $50,000 as required by 15 U.S.C. §2310(d)(3)(b) for federal court jurisdiction of Magnusson-Moss Warranty Actions.

6. This Court has original jurisdiction of the above-entitled action, pursuant to 28 U.S. C. §1331, and the action may therefore be removed to this Court, pursuant to 28 U.S.C. §1441 (b).

7. This Notice of Removal is filed within thirty (30) days of receipt of the Summons and Complaint in this action by PCNA and UAG.

WHEREFORE, PCNA and UAG pray for removal of the above-captioned action from the Superior Court of State of Rhode Island to the United States District Court for the District of Rhode Island.

**PORSCHE CARS NORTH AMERICA, INC., and UAG WEST BAY IP, LLC,**

By Their Attorney,

Timothy J. Duggan

Timothy J. Duggan, Esq. (#4574)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Daniel Goldsmith Ruggiero, Consumer Legal Services, PC, 12 Harding Street, Ste 110, Lakeville, MA 02347, on August 28 , 2008.

Timothy J. Duggan