STATE OF RHODE ISLAND
KENT COUNTY, SC

SUPERIOR COURT
CIVIL ACTION NO.: KC-2008-0905

RAYMOND ROMAGNOLO

Plaintiff,

v

PORSCHE CARS NORTH AMERICA, INC. and
UAG WEST BAY IP, LLC,
Jointly and Severally,

Defendants.

**COMPLAINT**

Now comes the Plaintiff, RAYMOND ROMAGNOLO (hereinafter "Plaintiff"), in the above entitled matter, and hereby makes the following allegations:

1. Plaintiff, RAYMOND ROMAGNOLO, is a resident of 2 Rodney Drive, City of Assonet, Commonwealth of Massachusetts.

2. Defendant, UAG WEST BAY IP, LLC (hereinafter "Seller"), is a corporation authorized and existing by virtue of the laws of the State of Delaware with a place of business located at 2555 Telegraph Road, City of Bloomfield, State of Rhode Island. Seller is engaged in the business, among other things, of selling new and/or used automobiles.

3. The Seller continuously and systematically engages in business in the State of Rhode Island, including without limitation, solicitation of business from Rhode Island Residents.

4. Defendant, PORSCHE CARS NORTH AMERICA, INC. (hereinafter "Manufacturer") is a corporation authorized and existing by the laws of the State of Delaware, with its registered agent located at 10 Weybosset Street, City of Providence, State of Rhode Island.

5. The Manufacturer continuously and systematically engages in business in the State of Rhode Island, including without limitation, solicitation of business from Rhode Island residents.

## FACTS

6. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 5 as though herein fully restated and realleged.

7. On or about 05/27/06, plaintiff purchased a new 2006 PORSCHE 911 COUPE, VIN: WP0AB29926S743395 (hereinafter referred to as "2006 911 COUPE"), from the Seller which was manufactured by the Manufacturer (see copy of the Motor Vehicle Purchase Contract attached as Exhibit A).

8. Along with the sale of the 2006 911 COUPE, Plaintiff received written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties from the Manufacturer and the Seller (Defendants are in possession of a copy of the written warranty).

9. Plaintiff has taken the 2006 911 COUPE to the Manufacturer's authorized agents/dealers, including the Seller, on at least 8 separate occasions (see copy of repair orders attached as Exhibit B). By way of example, and not by way of limitation, the defects with Plaintiff's 2006 911 COUPE include the following:

| DATE | DAYS | MILEAGE | RO# | COMPLAINT |
|---|---|---|---|---|
| 06/27/06 | 2 | 2,844 | 409459 | **TIRE DEFECT:** Customer states that the passenger side rear tire is flat and damaged. *Please check and advise. Mounted high speed balanced 1 wheel/tire. Not under warranty.* |
| 06/18/07 | 4 | 15,654 | 412264 | **ENGINE DEFECT:** Customer states that the check engine light is on. *Please check and advise. The technician verified the customer's concern. The piwis tester was used to check for stored fault codes. Faults P0491 and P0492 are present. Secondary Air, insufficient flow. The subwoofer was removed as well as rear relay board. MXI fuse was found to have blown. Replaced fuse and erased faults. The secondary air pump is not working and is need of replacement. The technician removed manifold on bank 1. Removed and replaced air pump. Replaced maxi fuse and erased faults. The vehicle was test driven and rechecked for fault codes-no further faults present. Warranty.* |
| 09/05/07 | 20 | 21,634 | 412940 | **ENGINE DEFECT:** The customer states that the PCM has a mind of its own. Will not shut off and is draining the battery. *Completed PD. Tested PCM operation. Unable to duplicate complaint. Checked for fault codes, found fault 8025 in navigation. Checked control units for lock & unlock counters, found some unlock codes under PCM2 GW and external amp. Reset all counters to zero and roadtested car, counters did not return reviewed findings with PTEC. Advised to replace PCM. Ordered & replaced PCM. Read values from old unit. Installed exchange unit and wrote values. Performed handover, PCM had no sound, nav unit & external amp not recognized. Performed battery drain, did not help. Reinstalled old unit and reread values, rewroye values into operation, unit worked properly. Warranty.* |
| 10/23/07 | 1 | 24,197 | 413372 | **ELECTRICAL DEFECT:** The customer states that the navigation continues to freeze up while driving. *Check and advise, completed. PD The technician inspected the vehicle to verify the customers concern. Initially the tech could not duplicate the concern, Road tested and scanned* |

| | | | | |
|---|---|---|---|---|
| | | | | *the system for stored codes, none noted. Road tested a second time and problem occurred. Rescanned system for stored codes and found code 6023 stored. (Disc cannot be read). Installed a known good disc. Problem still existed. Installed a replacement DVD player and road tested, system operated normally. Scanned for codes, none noted. Warranty.* |
| 01/07/08 | 18 | 26,340 | 413916 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise, completed. PD. The technician inspected the vehicle to verify the customers concern. The tech road tested and found that the check engine light was on while driving. The tech scanned the system for stored codes and found codes P0491 and P0492 stored (secondary air injection system, insufficient flow bank 1 and bank 2). The tech inspected the secondary air pump with drive links, inoperative. The tech found that the air pump fuse was blown, installed a new fuse and tested pump. Pump was extremely noisy. The tech installed a new secondary air pump, cleared codes and road tested. Operation normal. Check engine light did not return. Warranty.*<br>**ENGINE DEFECT:** *Service action on some 2006 & 2007 997 models. Must first check VIN eligibility through E-DCS. Deactivating speed setting 1 of the engine compartment blower. Service action. Completed W737 service action on some2006-2007 997 models. Deactivated speed setting 1 of the engine compartment blower. Warranty.* |
| 02/04/08 | 24 | 26,500 | 414112 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise, completed..VEE. Checked for fault codes, found faults P0491 & P0429 for secondary air insufficient flow to cylinder banks 1&2. Checked system, found 40 amp maxi-fuse blown, checked secondary air pump, pump tested good. Checked wiring to relay panel, wiring looked good and did not find any faults in any wiring or connectors. Reassembled intake manifold and submitted a technical assistance request # 01673-7BJJT791928. PTEC requested comparing air pump draw with another car.* |

| | | | | |
|---|---|---|---|---|
| | | | | *found that both cars had the same draw of about 40 amps on start-up then leveled off at 15 amps. Swapped air pump relay for test purposes, drove car for about 60 miles, fuse did not blow. Reviewed findings with PTEC, recommended replacement of the air pump check valve, replaced check valve and tested old valve, found valve was leaking in closed position. Performed additional tests requested by PTEC, test drove car again, fuse did not blow. Car was test driven a total of 219 miles, fuse did not blow. Reviewed finding with field tech manager. Warranty.* |
| 03/24/08 | 8 | 27,045 | 414436 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise. Checked secondary air pump fuse, found out that fuse had not blown out. Provided this information to customer as well as Porsche field technical manager (FTM). Checked for fault codes, found fault code P0492 as the only fault stored, for insufficient flow through cylinder bank 2. Inspected secondary air pump, connections at air pump, check valve and crossover manifold, all components in those areas were fine and no malfunctions were noted. FTM requested additional tests to be performed on the secondary air system. Swapped wheels & tires from an inventory car to be able to test drive car, found out that system would not allow running short test. Reprogrammed the DME control unit after review with FTM. Re-run short test, test ran and system passed test. On second attempt to perform short test, test failed. Ran test again after a test drive, system would stop running the test part way through the test, then it would fail test. Reviewed findings with FTM, asked to swap DME control units with another car for test purposes. Swapped DME control units and performed short test, test went through every time and did not fail test. Installed DME control unit in inventory car for test purposes, drove that car with DME from this car system, would not set readiness codes. Swapped over original DME into donor car, system passes test easily every time. Reviewed findings with FTM, hr requested replacing the DME control unit, ordered and replaced the DME control unit. Test* |

| | | | | |
|---|---|---|---|---|
| | | | | *drove car and performed readiness and short tests, tests ran easily and well each time. System passed tests on each time. Reassembled donor vehicle. Car was test driven for about 30 miles, no faults were recorded. System continued to run short tests successfully. Warranty.* |
| 3/28/08 | 4 | 27,045 | 414491 | **TIRE DEFECT:** Right rear tire had a blow out. *Left rear tire is worn down to chords-PCNA authorized one-time goodwill replacement of both rear tires and four wheel alignment. Completed, PD. Mounted & high speed balanced 2 wheels/tires. Tire registration card supplied attached invoice. Not under warranty.* |

TOTAL DAYS OUT OF SERVICE: 81

10. This cause of action arises out of Defendants' misrepresentations, various breaches of warranties, violations of statutes and breaches of covenants of good faith and fair dealing as hereinafter alleged.

11. As a direct and proximate result of Defendants' actions, Plaintiff suffered and continues to suffer damages, which include without limitation, loss of use of the automobile and diminished value of Plaintiff's personal property and Plaintiff shall be forced to incur further and additional damages.

**COUNT I**
**VIOLATION OF LEMON LAW - RHODE ISLAND GENERAL LAWS § 31-5.2**

12. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 11 as though herein fully restated and realleged.

13. Plaintiff is a "consumer" as defined by RI ST § 31-5.2-1(1).

14. The Manufacturer is a "manufacturer" as defined by RI ST § 31-5.2-1(7).

15. The Seller is a "dealer" as defined by RI ST § 31-5.2-1(2).

16. The 2006 911 COUPE is a "motor vehicle" as defined by RI ST § 31-5.2-1(8).

17. As part and parcel of the sale of the 2006 911 COUPE, Plaintiff purchased a 4 year/50,000 mile warranty (hereinafter "warranty"). The warranty is an applicable manufacturer's express warranty pursuant to RI ST § 31-5.2-1(1).

18. Plaintiff's 2006 911 COUPE has been subject to a reasonable number of repair attempts for the aforementioned defects:

(a) Said motor vehicle has been subject to at least four repair attempts by Defendant Manufacturer, through its new motor vehicle dealers, within the time limit of the Manufacturer's express warranty; and/or

(b) Said vehicle was out of service for 30 or more days within the time limit of the Manufacturer's express warranty and within one year from the date of delivery to Plaintiff.

19. After notifying Manufacturer of the aforementioned defects following the fourth repair attempt and/or 30 days in a repair facility, the Manufacturer was allowed a final repair attempt.

20. Manufacturer's attempted repair was unsuccessful as the 2006 911 COUPE continues to manifest the aforementioned defects.

21. The aforementioned defects substantially impair the use, market value, or safety of the vehicle of the 2006 911 COUPE to the Plaintiff and/or prevent the 2006 911 COUPE from conforming to the Manufacturer's express warranty. Additionally, the nonconformity is not the result of abuse, neglect, or unauthorized substantial modification or alteration of the vehicle by the Plaintiff.

22. Defendants are in breach of said warranty by reason of its refusal to repair the defect in the 2006 911 COUPE and/or replace the 2006 911 COUPE.

23. As a result of Defendants failure to comply with the provisions of RI ST § 31-5.2, Plaintiff has suffered damages, including without limitation. loss of use of the automobile, diminished value of his personal property, the costs of bringing this action and he shall be forced to incur further and additional expenses.

WHEREFORE, Plaintiff prays for the following relief:

A. Replacement of the 2006 911 COUPE with a comparable replacement motor vehicle currently in production and acceptable to Plaintiff; or

B. Manufacturer must accept return of the vehicle and refund to Plaintiff the purchase price including options or other modifications installed or made by or for manufacturer, the amount of all charges made by or for Manufacturer, towing charges and rental costs less a reasonable allowance for Plaintiff's use of the vehicle;

C. Pursuant to RI ST § 31-5.2, Plaintiff is entitled to a sum equal to the aggregate amount of costs and expenses, including reasonable attorneys' fees based on actual time expended by Plaintiff's attorney in commencement and prosecution of this action;

D. Incidental and consequential damages;

E. For prejudgment interest;

F. For such other and further relief as may be justified in this action.

**COUNT II**
**BREACH OF CONTRACT**

24. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 23 as though herein fully restated and realleged.

25. An express limited warranty covering 48 Months or 48,000 miles of use, whichever occurred first, accompanied the delivery of the 2006 911 COUPE to Plaintiff.

The limited warranty provided the Manufacturer would repair or adjust all parts (except tires) found to be defective in factory-supplied materials or workmanship.

26. The limited warranty, given by the Manufacturer and adopted by the Seller when the Seller serviced and repaired the 2006 911 COUPE created a contractual relationship between the Manufacturer/Seller and Plaintiff.

27. The Manufacturer and Seller have breached the express limited warranty contract in that they have failed to repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time.

WHEREFORE, Plaintiff prays for the following relief:

A. For damages incurred by Plaintiff created by Defendants' breach of contract, including all monies paid for the purchase of the 2006 911 COUPE;

B. For return of an amount equal to Plaintiff's down payment and all payments made by Plaintiff to the Defendants;

C. For incidental, consequential, exemplary and actual damages;

D. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

E. For costs and expenses, interest, and actual attorneys' fees; and

F. Such other relief this Court deems appropriate.

**COUNT III**
**RESCISSION OF CONTRACT**

28. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 27 as though herein fully restated and realleged.

29. An express limited warranty covering 48 Months or 50,000 miles of use, whichever occurred first, accompanied the delivery of the 2006 911 COUPE to Plaintiff. The limited warranty provided the Seller would repair or adjust all parts (except tires) found to be defective in factory-supplied materials or workmanship.

30. The limited warranty, given by the Manufacturer and adopted by the Seller when the Seller serviced and repaired the 2006 911 COUPE created a contractual relationship between the Manufacturer/Seller and Plaintiff.

31. The Manufacturer and Seller have breached the express limited warranty contract in that they have failed to repair or adjust defective parts covered under the limited warranty, have failed to do the same within the limited warranty coverage period, and within a reasonable time.

32. The actions of the Manufacturer and Seller have resulted in a failure of consideration justifying the rescission of the contract.

33. Without a judicial declaration that the contract has been rescinded, Plaintiff will suffer irreparable and substantial harm if the consideration paid by Plaintiff and damages sustained by Plaintiff, together with interest, are not restored.

WHEREFORE, Plaintiff prays for the following relief:

A. By way of this Court ordering a rescission of the purchase and retail installment contract and the refunding of all monies paid by Plaintiff, terminating the retail installment contract, requiring Defendants to pay off the balance of the contract and ordering Plaintiff to return the 2006 911 COUPE to the Defendants;

B. Damages incurred by Plaintiff created by Defendants' breach of contract, including all monies paid for the purchase of the 2006 911 COUPE;

C. For return of an amount equal to Plaintiff's down payment and all payments made by Plaintiff to the Defendants;

D. For incidental, consequential, exemplary and actual damages;

E. For costs and expenses, interest, and actual attorneys' fees; and

F. Such other relief this Court deems appropriate.

**COUNT IV**

**BREACH OF WRITTEN WARRANTY UNDER MAGNUSON-MOSS WARRANTY ACT**

34. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 33 as though herein fully restated and realleged.

35. Plaintiff is a "consumer" as defined in the Magnuson-Moss Warranty Act (hereinafter referred to as the "Warranty Act") 15 USC § 2301(3).

36. The Seller is a "supplier" and "warrantor" as defined by the Warranty Act, 15 USC 2301(4) and (5).

37. The Manufacturer is a "supplier" and "warrantor" as defined by the Warranty Act, 15 USC § 2301(4) and (5).

38. The 2006 911 COUPE is a "consumer product" as defined in the Warranty Act, 15 USC 2301(1).

39. The 2006 911 COUPE was manufactured, sold and purchased after July 4, 1975.

40. The express warranty given by the Manufacturer pertaining to the 2006 911 COUPE is a "written warranty" as defined in the Warranty Act, 15 USC § 2301(6).

41. The Seller is an authorized dealership/agent of the manufacturer designated to perform repairs on vehicles under Manufacturer's automobile warranties.

42. After notifying Manufacturer of the aforementioned defects, the Manufacturer was allowed a final repair attempt, or in the alternative, the Manufacturer waived its final repair opportunity.

43. The above-described actions (failure to repair and/or properly repair the above-mentioned defects, etc.), including failure to honor the written warranty, constitute a breach of the written warranty by the Manufacturer and Seller actionable under the Warranty Act, 15 USC § 2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for the following relief:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2006 911 COUPE;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For consequential, incidental and actual damages;

E. For costs, interest and actual attorneys' fees; and

F. Such other relief this Court deems appropriate.

**COUNT V**
**REVOCATION OF ACCEPTANCE**

44. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 43 as though herein fully restated and realleged.

45. Plaintiff accepted the 2006 911 COUPE without discovering the above defects due to the fact Plaintiff was reasonably induced to accept the vehicle by the difficulty of discovery of the above defects.

46. In the alternative, Plaintiff reasonably assumed, and Manufacturer and Seller represented, that all of the aforesaid defects and/or nonconformities would be cured within a reasonable time.

47. After numerous attempts by Defendants to cure, it has become apparent the nonconformities could not be seasonably cured.

48. The nonconformities substantially impaired the value of the 2006 911 COUPE to the Plaintiff.

49. Plaintiff had previously notified Manufacturer and Seller of the nonconformities and Plaintiff's intent to revoke acceptance pursuant to RI ST § 6A-2-608, and Plaintiff demanded the refund of the purchase price for the 2006 911 COUPE and out-of-pocket expenses (see copy of Plaintiff's revocation of acceptance letter attached as Exhibit C).

50. The Manufacturer and Seller have nevertheless refused to accept return of the 2006 911 COUPE and have refused to refund any part of the sum equal to the purchase price and out-of-pocket expenses incurred by Plaintiff.

WHEREFORE, Plaintiff prays for the following relief:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2006 911 COUPE;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For consequential, incidental and actual damages;

E. Costs, interest and actual attorneys' fees; and

F. Such other relief this Court deems appropriate.

## COUNT VI
## BREACH OF IMPLIED WARRANTY UNDER MAGNUSON-MOSS WARRANTY ACT

51. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 50 as though herein fully stated and realleged.

52. After notifying Manufacturer of the aforementioned defects, the Manufacturer was allowed a final repair attempt, or in the alternative, the Manufacturer waived its final repair opportunity.

53. The above-described actions on the part of the Seller and Manufacturer constitute a breach of the implied warranties of merchantability actionable under the Warranty Act, 15 USC § 2301(7), 2308, 2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for the following relief:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2006 911 COUPE;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For consequential, incidental and actual damages;

E. For costs, interest and actual attorneys' fees; and

F. Such other relief this Court deems appropriate.

## COUNT VII
## BREACH OF EXPRESS WARRANTY

54. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 53 as though herein fully restated and realleged.

55. Plaintiff is a "buyer" under the Rhode Island Uniform Commercial Code, RI ST § 6A-2-103(a)(1).

56. Manufacturer and Seller are "sellers" under the Rhode Island Uniform Commercial Code, RI ST § 6A-2-103(a)(4).

57. The 2006 911 COUPE constitutes "goods" under the Rhode Island Uniform Commercial Code, RI ST § 6A-2-105(1).

58. This is a "transaction in goods", to which RI ST § 6A-2-102 is applicable.

59. Plaintiff's purchase of the 2006 911 COUPE was accompanied by an express warranty as described in RI ST § 6A-2-313, written and otherwise offered by the Manufacturer and Seller. Whereby said warranty was part of the basis of the bargain of the contract, upon which Plaintiff relied, between Plaintiff and Manufacturer/Seller for its sale of the vehicle.

60. In this express warranty, the Manufacturer warranted if any defects were discovered within certain periods of time, the Manufacturer and/or Seller would provide repair of the 2006 911 COUPE free of charge to Plaintiff under specific terms as stated in the express warranty.

61. In fact, Plaintiff discovered the 2006 911 COUPE had defects and problems after Plaintiff purchased the vehicle as discussed above.

62. Plaintiff notified Manufacturer and Seller of the aforementioned defects.

63. Plaintiff has provided the Seller and the Manufacturer with sufficient opportunities to repair or replace the 2006 911 COUPE.

64. Plaintiff has reasonably met all obligations and pre-conditions as provided in the express warranty.

65. The Manufacturer and Seller have failed to adequately repair the 2006 911 COUPE and/or have not repaired the 2006 911 COUPE in a timely fashion, and the 2006 911 COUPE remains in a defective condition.

66. Even though the express warranty provided to Plaintiff limited Plaintiff's remedy to repair and/or adjust defective parts, the 2006 911 COUPE's defects have rendered the limited warranty ineffective to the extent the limited remedy of repair and/or adjustment of defective parts failed of its essential purpose pursuant to RI ST § 6A-2-719; and/or the above remedy is not the exclusive remedy under RI ST § 6A-2-719(1)(b).

67. The 2006 911 COUPE continues to contain defects which substantially impair the value of the automobile to the Plaintiff.

68. These defects could not reasonably have been discovered by the Plaintiff prior to Plaintiff's acceptance of the 2006 911 COUPE.

69. The Manufacturer and Seller induced Plaintiff's acceptance of the 2006 911 COUPE by agreeing, by means of the express warranty, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance.

70. As a result of its many defects, the Plaintiff has lost faith and confidence in the 2006 911 COUPE and the Plaintiff cannot reasonably rely upon the vehicle for the ordinary purpose of safe, efficient transportation.

71. If the finder of fact finds revocation and/or rejection was improper, then, in the alternative, Plaintiff alleges that as of the date of revocation, the 2006 911 COUPE was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear. Therefore, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted.

72. The Manufacturer and Seller have refused Plaintiff's demands and have refused to provide Plaintiff with the remedies to which Plaintiff is entitled pursuant to RI ST § 6A-2-313 and RI ST § 6A-2-711, § 6A-2-714 and § 6A-2-715.

WHEREFORE, Plaintiff prays for the following relief:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2006 911 COUPE;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For incidental, consequential and actual damages;

E. For costs, interest and actual attorneys' fees; and

F. For such other relief this Court deems appropriate.

**COUNT VIII**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**

73. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 72 as though herein fully restated and realleged.

74. The Manufacturer and Seller are "merchants" with respect to automobiles under the Rhode Island Uniform Commercial Code, RI ST § 6A-2-104.

75. The 2006 911 COUPE was subject to implied warranties of merchantability under RI ST § 6A-2-314, running from the Manufacturer and the Seller to the benefit of Plaintiff.

76. The 2006 911 COUPE was not fit for the ordinary purpose for which such goods are used.

77. The defects and problems hereinbefore described rendered the 2006 911 COUPE unmerchantable.

78. The Manufacturer and Seller failed to adequately remedy the defects in the 2006 911 COUPE; and the 2006 911 COUPE continues to be in an unmerchantable condition at the time of revocation.

WHEREFORE, Plaintiff prays for the following relief:

A. Declaring acceptance has been properly revoked and for damages incurred in revoking acceptance;

B. For damages occasioned by the breach of the implied warranty;

C. For a refund of the purchase price paid by Plaintiff for the 2006 911 COUPE;

D. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

E. For consequential, incidental and actual damages;

F. Costs, interest and actual attorneys' fees; and

G. Such other relief this Court deems appropriate.

COUNT IX
VIOLATION OF THE RHODE ISLAND DECEPTIVE TRADE PRACTICES ACT

79. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 76 as though herein fully restated and realleged.

80. Plaintiff is a "person" as defined by RI ST § 6-13.1-1(3).

81. Defendants were engaged in trade and/or commerce in its dealing with the plaintiff as defined by RI ST § 6-13.1-1(5).

82. Defendants' conduct constitutes unfair and deceptive acts and practices in violation of RI ST § 6-13.1, including but not limited to:

(a) The Manufacturer and Seller represented to Plaintiff the 2006 911 COUPE and the warranty thereof had characteristics, uses, or benefits which they did not actually have.

(b) The Manufacturer and Seller represented to Plaintiff the 2006 911 COUPE and the warranty thereof were of a particular standard, quality, or grade and they were not.

(c) The Manufacturer and Seller have engaged in conduct that created a likelihood of confusion or of misunderstanding by the Plaintiff.

(d) The Manufacturer and Seller have engaged in acts and practices that are unfair and deceptive to the Plaintiff.

(e) The Manufacturer and Seller have engaged in methods, acts or practices which misled or deceived the Plaintiff in a material respect.

83. To date, Defendants have not refrained from their unfair and deceptive acts and practices.

84. On or about May 7, 2008, Plaintiff forwarded correspondence to the defendant pursuant to the Rhode Island Deceptive Trade Practice Act (see copy of correspondence attached as Exhibit C).

85. Defendant's actions constitute a violation of RI ST § 31-5.2.

86. Defendants' actions constitute knowing and willing violations of RI ST § 6-13.1.

87. As a direct and proximate result of defendants' knowing and willful violations of RI ST § 6-13.1, Plaintiff has suffered damages.

WHEREFORE, Plaintiff prays for the following relief:

A. Judgment against all defendants as to the violations of RI ST § 6-13.1 and for all damages Plaintiff has incurred, including reasonable attorneys' fees as provided by statute, together with interest, costs and expenses of this suit, and such other relief as this Court deems appropriate and equitable.

PLAINTIFF DEMANDS A TRIAL BY JURY.

Dated: June 25, 2008

Respectfully submitted,
**RAYMOND ROMAGNOLO**
By his attorneys,

Daniel Goldsmith Ruggiero, Bar No. 7637
**Consumer Legal Services, PC**
12 Harding Street, Suite 110
Lakeville, MA 02767
(p) (508) 947-5454
(f) (508) 947-5497
druggiero@lemonauto.com

VEHICLE INVOICE

UAG WEST BAY IP, LLC
d/b/a INSKIP PORSCHE
1517A Bald Hill Road
WARWICK, RI 02886
Telephone (401) 821-1510
www.inskip.com

CUST NUMBER 88( /2 P 02728 *
DEAL NUMBER 145572

SALESMAN 70923 KENNETH P

SOLD TO: RAYMOND A ROMAGNOLO
ADDRESS: 2 RODNEY DRIVE
ASSONET MA 02702

DATE: 05/27/2006
F&I MGR: C LYNNE NORCINI 8295

| MAKE | MODEL | NEW OR USED | VIN | YEAR | KEY NO. |
|---|---|---|---|---|---|
| PORS | C2S COUPE | NEW | WP0AB29926S743395 | 06 | |

STOCK NUMBER 51225

INSURANCE COVERAGE INCLUDES:

☐ FIRE AND THEFT
☐ COLLISION - AMT. DEDUCT.
☐ PUBLIC LIABILITY - AMT.
☐ PROPERTY DAMAGE - AMT.

OPTIONAL EQUIPMENT AND ACCESSORIES

| GROUP | DESCRIPTION | PRICE |
|---|---|---|

| | |
|---|---|
| PRICE OF VEHICLE | 85395.0 |
| OPTIONAL EQUIP. & ACCESS. | |
| DOC FEE | 95.00 |
| REG FEE | 86.00 |
| MA | 4269.75 |
| SALES TAX | |
| LICENSE AND TITLE | |
| TOTAL CASH PRICE | 89845.75 |
| FINANCING | |
| INSURANCE | |
| TOTAL TIME PRICE | 89845.75 |

SETTLEMENT:

DEPOSIT
CASH ON DELIVERY
TRADE-IN
LESS LIEN
TYPE
VIN
PAYMENTS 89845.75

TOTAL 89845.75

HOME PHONE (508)644-2665
BUSINESS PHONE (508)847-9446

FORM SA-131N-WPC (1-97) Reynolds and Reynolds

Calnorcau
01272010

UAG WEST BAY IP LLC
d/b/a
**INSKIP PORSCHE**
POCS409459

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

POCS409459

CELL: 774-644-4766

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR RICHARD KUHN III 71252 | TAG NO. 1225 | | INVOICE DATE 06/28/06 | INVOICE NO. POCS409459 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 2,844 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.E. NO. | P.O. NO. | | R.O. DATE 06/27/06 | |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | | | |

LABOR & PARTS ------------------------------------------------------------------------ MO: 2844

[illegible] 64.95
THE CUSTOMER STATES THAT THE PASSENGER SIDE REAR TIRE IS
FLAT AND DAMAGED. PLEASE CHECK AND ADVISE.

MOUNTED & HIGH SPEED BALANCED 1 WHEEL/TIRE.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | SBW | STK WGHT STRIP | 2.58 | 2.58 |
| JOB # 1 | 1 | TV | TIRE VALVE | 1.50 | 1.50 |
| JOB # 1 | 1 | 1-547-300 | 2953019PIPON1 | 580.95 | 580.95 |
| | | | JOB # 1 TOTAL PARTS | | 585.03 |

JOB # 1 TOTAL LABOR & PARTS 649.98

[illegible] ENGINE [illegible] 0.00
CUSTOMER ENGINE OIL LEVEL WAS LOW. HE DID NOT ADD. CHECK
LEVEL AND TOP OFF AS NECESSARY. ADVISE ON HOW LOW OIL WAS
BEFORE TOPPING OFF.
THE TECHNICIAN TOPPED OFF THE OIL.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION---------------UNIT PRICE-
JOB # 2 TOTAL PARTS 0.00

JOB # 2 TOTAL LABOR & PARTS 0.00

| MISC | CODE | DESCRIPTION | CONTROL NO. | |
|---|---|---|---|---|
| JOB # A | POSS | PORSCHE SHOP SUPPLY | | 4.82 |
| JOB # A | SHA | SERVICE HISTORY ADMIN | | 0.89 |
| JOB # A | POHZ | PORSCHE HAZARDOUS WASTE | | 5.00 |
| | | | TOTAL - MISC | 10.71 |

COMMENTS--------------------------------------------
TOW IN

TOTALS----------------------------------------------

| | |
|---|---|
| TOTAL LABOR | 64.95 |
| TOTAL PARTS | 585.03 |
| TOTAL SUBLET | 0.00 |
| TOTAL GOG | 0.00 |
| TOTAL MISC CHG | 10.71 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 41.64 |
| **TOTAL INVOICE $** | **702.33** |

CUSTOMER SIGNATURE
************************** D U P L I C A T E   I N V O I C E [illegible]

PAGE 1 OF 1 CUSTOMER COPY [ END OF INVOICE ] 12:26pm

BAY WEST BAY FIELD, LLC d/b/a
# INSKIP PORSCHE

P. CS412264

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR RICHARD KUHN III 71252 | TAG NO. 574 | | | CELL: 774-644-476 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 15,654 | INVOICE DATE 06/21/07 | INVOICE NO. POCS41226 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | F.T.E. NO. | P.O. NO. | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 | BUSINESS PHONE 508-847-9446 | COMMENTS | | R. O. DATE 06/18/07 | |

LABOR & PARTS.................................................................................................................... MO: 15677

J#1 [illegible] ENGINE REPAIR DIAG [illegible] WARRANTY

THE CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON.
PLEASE CHECK AND ADVISE
THE TECHNICIAN VERIFIED THE CUSTOMER'S CONCERN.
THE PIWIS TESTER WAS USED TO CHECK FOR STORED FAULT CODES.
FAULTS P0491 AND P0492 ARE PRESENT. SECONDARY AIR
INSUFFICIENT FLOW.
THE SUBWOOFER WAS REMOVED AS WELL AS REAR RELAY BOARD.
MXI FUSE WAS FOUND TO HAVE BLOWN. REPLACED FUSE AND
ERASED FAULTS. THE SECONDARY AIR PUMP IS NOT WORKING AND
IS IN NEED OF REPLACEMENT.
THE TECHNICIAN REMOVED MANIFOLD ON BANK 1. REMOVED AND
REPLACED AIR PUMP. REPLACED MAXI FUSE AND ERASED FAULTS.
THE VEHICLE WAS TEST DRIVEN AND RECHECKED FOR FAULT
CODES - NO FURTHER FAULTS PRESENT.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 997-605-104-00 | SECONDARY AIR PU | | WARRANTY |
| JOB # 1 | 1 | 997-110-247-01 | SEALING | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 2 | 997-110-247-01 | SEALING | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

J#2 [illegible] 20K SERVICE [illegible]

PERFORM 20,000 MILE INTERVAL SERVICE.
ON 2005 & UP 997 911 MODELS.
REPLACE ENGINE OIL AND FILTER.
CHECK & REPLACE AIR FILTER IF NECESSARY (ADDITIONAL COST FOR
AIR FILTER).
CHECK DIAGNOSTIC SYSTEM FOR FAULT CODES.
VISUAL INSPECTION OF UNDERSIDE OF VEHICLE & ENGINE COMPART-
MENT FOR LEAKS & CHAFING.
CHECK UNDERBODY PANELS TO ENSURE PROPER FASTENING, DAMAGE OR
MISSING PANELS.
CHECK POWER STEERING AND BRAKE FLUID LEVELS.
VISUAL INSPECTION OF BRAKE HOSES FOR DAMAGE, PROPER ROUTING,
AND CORROSION.
CLEAN & LUBRICATE DOOR, HOOD, ROOF SEALS, AND CONTACT AREAS.
VISUAL INSPECTION OF DRIVESHAFT BOOTS FOR DAMAGE OR LEAKS.
CHECK TIRES & SPARE WHEEL CONDITION & TIRE PRESSURE.
CHECK FOR PROPER OPERATION OF DOOR LOCKS, LID LOCKS.
COMPLETED PD
COMPLETED 20,000 MILE INTERVAL SERVICE.
ON 2005 & UP 997 911 MODELS.
PER PORSCHE PORSCHE REQUIRED MAINTENANCE SCHEDULE.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 2 | 1 | 996-107-225-53 | OIL FILTER INSER | 33.23 | 33.23 |
| JOB # 2 | 10 | OIL | MOBIL 1 0W/40 | 8.20 | 82.00 |
| JOB # 2 | 1 | 900-123-106-30 | ALUM SEAL RING | 1.52 | 1.52 |
| JOB # 2 | 1 | 997-571-219-00 | CABIN AIR FILTER | 108.13 | 108.13 |



CUSTOMER COPY

[CONTINUED ON NEXT PAGE] 12:26pm

HAG WEST BAY IP, LLC
d/b/a
**INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

P. CS412264

CUSTOMER NO. 88272

RAYMOND A ROMAGNOLO
2 RODNEY DRIVE
ASSONET, MA 02702

CELL: 774-644-476

| | | | | |
|---|---|---|---|---|
| ADVISOR: RICHARD KUHN III 71252 | TAG NO. 574 | | INVOICE DATE 06/21/07 | INVOICE NO. POCS412264 |
| LABOR RATE 119.90 | LICENSE NO. | MILEAGE 15,654 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| R.T.E. NO. | P.O. NO. | | R.O. DATE 06/18/07 | |

RESIDENCE PHONE 508-644-2665 BUSINESS PHONE 508-847-9446 COMMENTS

MO: 15677

PARTS------QTY---FP-NUMBER-----------------DESCRIPTION-------------------UNIT PRICE-
JOB # 2 1 996-628-901-08 WIPER BLADE 63.74
JOB # 2 TOTAL PARTS 63.74
288.62
JOB # 2 TOTAL LABOR & PARTS 542.92

G.O.G. & SUPPLIES------------------------------------------------
JOB # 1 FREIGHT (PARTS)

TOTAL - GOG WARRANTY 0.00

MISC------CODE--------DESCRIPTION------------------------------------CONTROL NO---------
JOB # A POSS PORSCHE SHOP SUPPLY 18.87
JOB # A SHA SERVICE HISTORY ADMIN 0.89
JOB # A POHZ PORSCHE HAZARDOUS WASTE 5.00
TOTAL - MISC 24.76

COMMENTS--------------------------------------------------------
WAITING

TOTALS----------------------------------------------------------

| | |
|---|---|
| TOTAL LABOR... | 254.30 |
| TOTAL PARTS... | 288.62 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G. ... | 0.00 |
| TOTAL MISC CHG... | 24.76 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX... | 21.88 |
| **TOTAL INVOICE $** | **589.56** |

CUSTOMER SIGNATURE
************************ D U P L I C A T E I N V O I C E ************************

PAGE 2 OF 2 CUSTOMER COPY [ END OF INVOICE ] 12:26pm

UAG WEST BAY IP, LLC
d/b/a
# INSKIP PORSCHE
POCS412940

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

CELL: 774-644-476[illegible]

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 535 | | INVOICE DATE 09/24/07 | INVOICE NO. POCS412940 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 21,634 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR/MAKE/MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.E. NO. | P.O. NO. | | R.O. DATE 09/05/07 | |
| RESIDENCE PHONE 508-644-2665 | BUSINESS PHONE 508-847-9446 | COMMENTS | | | |

LABOR & PARTS----------------------------------------------------------------- MO: 21636

J#1 [illegible] ELECTRICAL SYSTEM [illegible] WARRANTY

THE CUSTOMER STATES THAT THE PCM HAS A MIND OF ITS OWN.
WILL NOT SHUT OFF AND IS DRAINING THE BATTERY
COMPLETED.PD
TESTED PCM OPERATION, UNABLE TO DUPLICATE COMPLAINT, CHECKED
FOR FAULT CODES, FOUND FAULT 8025 IN NAVIGATION.
CHECKED CONTROL UNITS FOR LOCK & UNLOCK COUNTERS, FOUND SOME
UNLOCK CODES UNDER PCM2 GW AND EXTERNAL AMP, RESET ALL
COUNTERS TO ZERO AND ROADTESTED CAR, COUNTERS DID NOT RETURN
REVIEWED FINDINGS WITH PTEC, ADVISED TO REPLACE PCM.
ORDERED & REPLACED PCM, READ VALUES FROM OLD UNIT, INSTALLED
EXCHANGE UNIT AND WROTE VALUES, PERFORMED HANDOVER. PCM HAD
NO SOUND, NAV UNIT & EXTERNAL AMP NOT RECOGNIZED.
PERFORMED BATTERY DRAIN, DID NOT HELP.
REDO HANDOVER, DID NOT HELP.
REINSTALLED OLD UNIT AND REREAD VALUES, REWROTE VALUES INTO
EXCHANGE UNIT, REDO HANDOVER, CLEARED FAULTS AND CHECKED
OPERATION, UNIT WORKED PROPERLY.
OLD SERIAL # 65033657 / 0431786.
NEW SERIAL # 65040702 / 0510868-02.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 997-642-143-CX-FMH | NAV CONTROL UNIT | | WARRANTY |
| JOB # 1 | -1 | 997-642-143-CX-FMH | CORE RETURN | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

TOTALS-----------------------------------------------------------------

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

************************** D U P L I C A T E I N V O I C E **************************

 CUSTOMER COPY [ END OF INVOICE ] 12:28pm

08/28 '08 12:01 NO.911 26/36

UAG WEST BAY IP, LLC
b/a **INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

P[illegible]CS413372

CELL: 774-644-4766

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | | TAG NO. 24 | INVOICE DATE 10/23/07 | INVOICE NO. POCS413372 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 24,197 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.E. NO. | | P.O. NO. | R.O. DATE 10/23/07 | |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | | | |

MO: 24198

LABOR & PARTS--------------------------------------------------------
[illegible] RADIO/PHONE/CD/RADAR [illegible] WARRANTY
THE CUSTOMER STATES THAT THE NAVIGATION CONTINUES TO FREEZE UP WHILE DRIVING. CHECK AND ADVISE
COMPLETED.PD
THE TECHNICIAN INSPECTED THE VEHICLE TO VERIFY THE CUSTOMERS CONCERN. INITIALLY THE TECH COULD NOT DUPLICATE THE CONCERN. ROADTESTED AND SCANNED THE SYSTEM FOR STORED CODES, NONE NOTED. ROADTESTED A SECOND TIME AND PROBLEM OCCURED. RESCANNED SYSTEM FOR STORED CODES AND FOUND CODE 8025 STORED (DISC CANNOT BE READ). INSTALLED A KNOWN GOOD DISC, PROBLEM STILL EXISTED. INSTALLED A REPLACEMENT DVD PLAYER AND ROAD TESTED. SYSTEM OPERTATING NORMALLY. SCANNED FOR CODES, NONE NOTED.

| PARTS | QTY | FP | NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|---|
| JOB # 1 | 1 | | 997-642-137-BX | DVD DEVICE | | WARRANTY |
| JOB # 1 | -1 | | 997-642-137-BX | CORE RETURN | | WARRANTY |
| | | | | | JOB # 1 TOTAL PARTS | 0.00 |
| | | | | | JOB # 1 TOTAL LABOR & PARTS | 0.00 |

COMMENTS--------------------------------------------------------
WAITING

TOTALS--------------------------------------------------------

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
*************************** D U P L I C A T E  I N V O I C E ***************************

 CUSTOMER COPY [ END OF INVOICE ] 12:26pm

UAG WEST BAY IP, LLC
d/a **INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

POCS413916

POCS413916

CELL: 774-644-4766

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 88272 | DAVID BORDELEAU | 71374 | 157 | 01/24/08 | POCS413916 |

RAYMOND A ROMAGNOLO
2 RODNEY DRIVE
ASSONET, MA 02702

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| 119.90 | | 26,340 | BLACK TOP/ | 51225 |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 06/PORSCHE/C2S COUPE/CARRERA S COUPE | 05/01/06 | 26 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | 1673 | 04/10/06 |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 01/07/08 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 508-644-2665 | 508-847-9446 | |

MO: 26346

LABOR & PARTS------------------------------------------------------------
J# 1 11P0ZF [illegible] ENGINE [illegible] WARRANTY
THE CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON WHILE DRIVING. CHECK AND ADVISE
COMPLETED.PD
THE TECHNICIAN INSPECTED THE VEHICLE TO VERIFY THE CUSTOMERS CONCERN. THE TECH ROADTESTED AND FOUND THAT THE CHECK ENGINE LIGHT WAS ON WHILE DRIVING. THE TECH SCANNED THE SYSTEM FOR STORED CODES AND FOUND CODES P0491 AND P0492 STORED (SECONDARY AIR INJECTION SYSTEM, INSUFFICIENT FLOW BANK 1 AND BANK 2). THE TECH INSPECTED THE SECONDARY AIR PUMP WITH DRIVE LINKS, INOPERATIVE. THE TECH FOUND THAT THE AIR PUMP FUSE WAS BLOWN INSTALLED A NEW FUSE AND TESTED PUMP. PUMP WAS EXTREMELY NOISEY. THE TECH INSTALLED A NEW SECONDARY AIR PUMP, CLEARED CODES AND ROADTESTED. OPERATION NORMAL. CHECK ENGINE LIGHT DID NOT RETURN.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 997-605-104-00 | SECONDARY AIR PU | | WARRANTY |
| JOB # 1 | 3 | 997-110-247-01 | SEALING | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |

JOB # 1 TOTAL PARTS — WARRANTY 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

J# 2 02P0ZP [illegible] SUMMARY OF SERVICES [illegible]
THE CUSTOMER REQUESTS TO CHECK FOR LEAKS UNDER THE VEHICLE A ADVISE
COMPLETED...PD
THE TECHNICIAN INSPECTED THE UNDERSIDE OF THE VEHICLE FOR ANY EVIDENCE OF LEAKS. NONE NOTED.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-

JOB # 2 TOTAL PARTS 0.00

JOB # 2 TOTAL LABOR & PARTS 0.00

J# 3 F75PD2FW737 [illegible] WARRANTY
W737 SERVICE ACTION ON SOME 2006 & 2007 997 MODELS.
+++ MUST FIRST CHECK VIN ELIGIBILITY THROUGH E-DCS +++
DEACTIVATING SPEED SETTING 1 OF THE ENGINE COMPARTMENT BLOWER.
SERVICE ACTION.
COMPLETED W737 SERVICE ACTION ON SOME 2006-2007 997 MODELS.
DEACTIVATED SPEED SETTING 1 OF THE ENGINE COMPARTMENT BLOWER
DC - W737 066 000 1; 30 TU.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-

JOB # 3 TOTAL PARTS 0.00

JOB # 3 TOTAL LABOR & PARTS 0.00

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 06:20pm

UAG WEST BAY IP, LLC
d/b/a
**INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

P_CS413916

CELL: 774-644-4766

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | | TAG NO. 157 | INVOICE DATE 01/24/08 | INVOICE NO. POCS413916 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 26,340 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. WPOAB29926S743395 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | R.T.E. NO. | R.O. NO. | | R.O. DATE 01/07/08 | |
| | COMMENTS | | | | |

MO: 26346

LABOR & PARTS-------------------------------------------------------------------------
J#C4 04PORSCHELOANER PORSCHE LOANER CAR [illegible]
PORSCHE LOANER CAR.
COMPLETED...DAB
PORSCHE SUBSTITUTE TRANSPORTATION PROVIDED.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
JOB # 4 TOTAL PARTS 0.00
JOB # 4 TOTAL LABOR & PARTS 0.00

G.O.G. & SUPPLIES------------------------------------------------------------------
JOB # 1 FREIGHT
TOTAL - GOG WARRANTY 0.00

MISC------CODE--------DESCRIPTION----------------------------CONTROL NO.--------
JOB # 1 POLOAN POR MOBILITY LOANER
TOTAL - MISC WARRANTY 0.00

COMMENTS--------------------------------------------------------------------------
WAITING

TOTALS----------------------------------------------------------------------------

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

UAG WEST BAY IP, LLC
d/b/a
**INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.insklp.com

P. CS413916

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 157 | INVOICE DATE 01/24/08 | INVOICE NO. POCS413916 | CELL: 774-644-476 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 26,340 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | F.T.E. NO. | R.O. NO. | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 | BUSINESS PHONE 508-847-9446 | COMMENTS | | R.O. DATE 01/07/08 | |

LABOR & PARTS------------------------------------------------------------ MO: 26346

[illegible] WARRANTY

THE CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON WHILE DRIVING. CHECK AND ADVISE
COMPLETED.PD
THE TECHNICIAN INSPECTED THE VEHICLE TO VERIFY THE CUSTOMERS CONCERN. THE TECH ROADTESTED AND FOUND THAT THE CHECK ENGINE LIGHT WAS ON WHILE DRIVING. THE TECH SCANNED THE SYSTEM FOR STORED CODES AND FOUND CODES P0491 AND P0492 STORED (SECONDARY AIR INJECTION SYSTEM, INSUFFICIENT FLOW BANK 1 AND BANK 2). THE TECH INSPECTED THE SECONDARY AIR PUMP WITH DRIVE LINKS, INOPERATIVE. THE TECH FOUND THAT THE AIR PUMP FUSE WAS BLOWN INSTALLED A NEW FUSE AND TESTED PUMP. PUMP WAS EXTREMELY NOISEY. THE TECH INSTALLED A NEW SECONDARY AIR PUMP, CLEARED CODES AND ROADTESTED. OPERATION NORMAL. CHECK ENGINE LIGHT DID NOT RETURN.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 997-605-104-00 | SECONDARY AIR PU | | WARRANTY |
| JOB # 1 | 3 | 997-110-247-01 | SEALING | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00
JOB # 1 TOTAL LABOR & PARTS 0.00

[illegible]

THE CUSTOMER REQUESTS TO CHECK FOR LEAKS UNDER THE VEHICLE A ADVISE.
COMPLETED. PD
THE TECHNICIAN INSPECTED THE UNDERSIDE OF THE VEHICLE FOR ANY EVIDENCE OF LEAKS. NONE NOTED.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE

JOB # 2 TOTAL PARTS 0.00
JOB # 2 TOTAL LABOR & PARTS 0.00

[illegible] WARRANTY

W737 SERVICE ACTION ON SOME 2006 & 2007 997 MODELS
+++ MUST FIRST CHECK VIN ELIGIBILITY THROUGH [illegible]
DEACTIVATING SPEED SETTING 1 OF THE ENGINE COMPARTMENT BLOWER.
SERVICE ACTION.
COMPLETED W737 SERVICE ACTION ON SOME 2006-2007 997 MODELS DEACTIVATED SPEED SETTING 1 OF THE ENGINE COMPARTMENT BLOWER.
DC - W737 066 000 1. 30 TU.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE

JOB # 3 TOTAL PARTS 0.00
JOB # 3 TOTAL LABOR & PARTS 0.00



CUSTOMER COPY

[CONTINUED ON NEXT PAGE] 12:26pm

UAG WEST BAY IP, LLC
d/b/a
# INSKIP PORSCHE

P. CS413916

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

| | | | | |
|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 157 | | CELL: 774-644-476 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 / LICENSE NO. | MILEAGE 26,340 | INVOICE DATE 01/24/08 | INVOICE NO. POCS413916 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | F.T.E. NO. | P.O. NO. | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | R.O. DATE 01/07/08 | |

LABOR & PARTS
J# 4 04PORSCHELOANER PORSCHE LOANER CAR [illegible] MO: 26346
PORSCHE LOANER CAR.
COMPLETED...DAB
PORSCHE SUBSTITUTE TRANSPORTATION PROVIDED.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
JOB # 4 TOTAL PARTS 0.00
JOB # 4 TOTAL LABOR & PARTS 0.00

G.O.G. & SUPPLIES
JOB # 1 FREIGHT
TOTAL - GOG WARRANTY 0.00

MISC------CODE--------DESCRIPTION--------------------------CONTROL NO---------
JOB # 1 POLOAN POR MOBILITY LOANER
TOTAL - MISC WARRANTY 0.00

COMMENTS
WAITING

TOTALS

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
******************************* D U P L I C A T E I N V O I C E ************************


CUSTOMER COPY
[ END OF INVOICE ] 12:26pm

UAG WEST BAY IP, LLC

# INSKIP PORSCHE

P CS414112

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

| | |
|---|---|
| CUSTOMER NO. | 88272 |
| | RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 |
| RESIDENCE PHONE | 508-644-2665 |
| BUSINESS PHONE | 508-847-9446 |
| CELL | 774-644-4766 |
| ADVISOR | DAVID BORDELEAU 71374 |
| TAG NO. | 204 |
| INVOICE DATE | 02/28/08 |
| INVOICE NO. | POCS414112 |
| LABOR RATE | 119.90 |
| LICENSE NO. | |
| MILEAGE | 26,500 |
| COLOR | BLACK TOP/ |
| STOCK NO. | 51225 |
| YEAR / MAKE / MODEL | 06/PORSCHE/C2S COUPE/CARRERA S COUPE |
| DELIVERY DATE | 05/01/06 |
| DELIVERY MILES | 26 |
| VEHICLE I.D. NO. | WP0AB29926S743395 |
| SELLING DEALER NO. | 1673 |
| PRODUCTION DATE | 04/10/06 |
| F.T.E. NO. | |
| P.O. NO. | |
| R.O. DATE | 02/04/08 |
| COMMENTS | |

LABOR & PARTS MO: 26719

[illegible] WARRANTY

THE CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON WHILE DRIVING, CHECK AND ADVISE
COMPLETED...VEE
CHECKED FOR FAULT CODES, FOUND FAULTS P0491 & P0429 FOR SECONDARY AIR INSUFICIENT FLOW TO CYLINDER BANKS 1 & 2. CHECKED SYSTEM, FOUND 40 AMP MAXI-FUSE BLOWN. CHECKED SECONDARY AIR PUMP, PUMP TETSED GOOD. CHECKED WIRING TO RELAY PANEL, WIRING LOOKED GOOD AND DID NOT FIND ANY FAULTS REMOVED INTAKE MANIFOLD AND INSPECTED WIRING TO AIR PUMP FROM THE STARTER AND THE CONNECTORS AT THE ENGINE COMPARTMENT. DID NOT FIND ANY FAULTS IN ANY WIRING OR CONNECTORS. REASSEMBLED INTAKE MANIFOLD AND SUBMITTED A TECHNICAL ASSISTANCE REQUEST # 01673-7BJJT791928. PTEC REQUESTED COMPARING AIR PUMP DRAW WITH ANOTHER CAR, FOUND THAT BOTH CARS HAD THE SAME DRAW OF ABOUT 40 AMPS ON START UP THEN LEVELED OFF AT 15 AMPS. SWAPPED AIR PUMP RELAY FOR TEST PURPOSES. DROVE CAR FOR ABOUT 60 MILES. FUSE DID NOT BLOW. REVIEWED FINDINGS WITH PTEC. RECOMMENDED REPLACEMENT OF THE AIR PUMP CHECK VALVE. REPLACED CHECK VALVE AND TESTED OLD VALVE. FOUND VALVE WAS LEAKING IN CLOSED POSITION. PERFORMED ADDITIONAL TESTS REQUESTED BY PTEC. TEST DROVE CAR AGAIN. FUSE DID NOT BLOW. CAR WAS TEST DRIVEN A TOTAL OF 219 MILES FUSE DID NOT BLOW. REVIEWED FINDING WITH FIELD TECH MANAGER.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 948-113-203-51 | VALVE SECONDARY | | WARRANTY |
| JOB # 1 | 1 | 993-113-258-51 | METAL/RUBBER GAS | | WARRANTY |
| JOB # 1 | 14 | 999-513-075-40 | TIE-WRAP | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

[illegible] WARRANTY

RECONDITION CAR - PCNA GOODWILL

COMPLETED RECONDITIONING
GOODWILL RELATED TO JOB #1

PARTS------QTY---FP-NUMBER------------DESCRIPTION------------UNIT PRICE

JOB # 2 TOTAL PARTS 0.00

JOB # 2 TOTAL LABOR & PARTS 0.00

| SUBLET | PO# | VEND INV# | INV DATE | DESCRIPTION |
|---|---|---|---|---|
| JOB # 2 | 108798 | 132774 | 02/28/08 | RECONDITIONING |

TOTAL SUBLET WARRANTY 0.00

G.O.G. & SUPPLIES
JOB # 1 FREIGHT VALVE/VALVE/GASK

TOTAL GOG WARRANTY 0.00



CUSTOMER COPY

[CONTINUED ON NEXT PAGE] 12:27pm

UAG WEST BAY IP, LLC
d/b/a INSKIP PORSCHE
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

P CS414112

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 204 | | | CELL: 774-644-476 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 26,500 | INVOICE DATE 02/28/08 | INVOICE NO. POCS414112 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | R.T.E. NO. | P.O. NO. | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | | R. O. DATE 02/04/08 | |

MISC------CODE--------DESCRIPTION-----------------------------CONTROL NO--------- MO: 26719

JOB # 1 POLOAN POR MOBILITY LOANER

COMMENTS------------------------------------- TOTAL - MISC WARRANTY 0.00

LOANER CAR

TOTALS---------------------------------------------------------------

| | |
|---|---|
| TOTAL LABOR...... | 0.00 |
| TOTAL PARTS...... | 0.00 |
| TOTAL SUBLET..... | 0.00 |
| TOTAL G.O.G...... | 0.00 |
| TOTAL MISC CHG... | 0.00 |
| TOTAL MISC DISC.. | 0.00 |
| TOTAL TAX........ | 0.00 |
| TOTAL INVOICE $ | 0.00 |

CUSTOMER SIGNATURE

****************************** D U P L I C A T E I N V O I C E ******************************

 CUSTOMER COPY [ END OF INVOICE 1:12:27pm

UAG WEST BAY IP, LLC
d/b/a **INSKIP PORSCHE** POCS414112

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

CELL: 774-644-476

| | | | | |
|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 204 | INVOICE DATE 02/28/08 | INVOICE NO. POCS414112 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 / LICENSE NO. | MILEAGE 26,500 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | F.T.E. NO. / R.O. NO. / COMMENTS | | R.O. DATE 02/04/08 | |

LABOR & PARTS
J# 1 11POZF ENGINE ........ WARRANTY MO: 26719
THE CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON WHILE DRIVING, CHECK AND ADVISE
COMPLETED...VEE
CHECKED FOR FAULT CODES, FOUND FAULTS P0491 & P0429 FOR SECONDARY AIR INSUFICIENT FLOW TO CYLINDER BANKS 1 & 2. CHECKED SYSTEM, FOUND 40 AMP MAXI-FUSE BLOWN, CHECKED SECONDARY AIR PUMP, PUMP TETSED GOOD. CHECKED WIRING TO RELAY PANEL, WIRING LOOKED GOOD AND DID NOT FIND ANY FAULTS REMOVED INTAKE MANIFOLD AND INSPECTED WIRING TO AIR PUMP FROM THE STARTER AND THE CONNECTORS AT THE ENGINE COMPARTMENT. DID NOT FIND ANY FAULTS IN ANY WIRING OR CONNECTORS. REASSEMBLED INTAKE MANIFOLD AND SUBMITTED A TECHNICAL ASSISTANCE REQUEST # 01673-7BJJT791928. PTEC REQUESTED COMPARING AIR PUMP DRAW WITH ANOTHER CAR, FOUND THAT BOTH CARS HAD THE SAME DRAW OF ABOUT 40 AMPS ON START-UP THEN LEVELED OFF AT 15 AMPS. SWAPPED AIR PUMP RELAY FOR TEST PURPOSES, DROVE CAR FOR ABOUT 60 MILES, FUSE DID NOT BLOW. REVIEWED FINDINGS WITH PTEC, RECOMMENDED REPLACEMENT OF THE AIR PUMP CHECK VALVE. REPLACED CHECK VALVE AND TESTED OLD VALVE FOUND VALVE WAS LEAKING IN CLOSED POSITION, PERFORMED ADDITIONAL TESTS REQUESTED BY PTEC, TEST DROVE CAR AGAIN, FUSE DID NOT BLOW. CAR WAS TEST DRIVEN A TOTAL OF 219 MILES FUSE DID NOT BLOW. REVIEWED FINDING WITH FIELD TECH MANAGER.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 999-607-073-00 | FUSE 40A | | WARRANTY |
| JOB # 1 | 1 | 948-113-203-51 | VALVE, SECONDARY | | WARRANTY |
| JOB # 1 | 1 | 993-113-258-51 | METAL/RUBBER GAS | | WARRANTY |
| JOB # 1 | 14 | 999-513-075-40 | TIE-WRAP | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00
JOB # 1 TOTAL LABOR & PARTS 0.00

J# 2 88POZ RECONDITIONING ........ WARRANTY
RECONDITION CAR - PCNA GOODWILL

COMPLETED RECONDITIONING
GOODWILL RELATED TO JOB #1

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
JOB # 2 TOTAL PARTS 0.00
JOB # 2 TOTAL LABOR & PARTS 0.00

| SUBLET | PO# | VEND INV# | INV.DATE | DESCRIPTION |
|---|---|---|---|---|
| JOB # 2 | 108798 | 132774 | 02/28/08 | RECONDITIONING |

TOTAL - SUBLET WARRANTY 0.00

G.O.G. & SUPPLIES
JOB # 1 FREIGHT VALVE/VALVE/GASK

TOTAL - GOG WARRANTY 0.00

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 12:52pm

DAG WEST BAY IP, LLC
d/b/a **INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

POCS414112

CELL: 774-644-4766

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 204 | | INVOICE DATE 02/28/08 | INVOICE NO. POCS414112 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 26,500 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | R.T. E. NO. | P.O. NO. | | R.O. DATE 02/04/08 | |
| RESIDENCE PHONE 508-644-2665 | BUSINESS PHONE 508-847-9446 | COMMENTS | | | |

MO: 26719

COMMENTS - - - - - - - - - - - - - - - - - - - - - - - - - -
LOANER CAR

TOTALS - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

 CUSTOMER COPY [ END OF INVOICE ] 12:52pm

UAG WEST BAY IP, LLC
d/b/a **INSKIP PORSCHE**
P. CS414436

1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

POCS414436

CELL: 774-644-4766

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | | TAG NO. 74 | INVOICE DATE 03/31/08 | INVOICE NO. POCS414436 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | MILEAGE 27,045 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR/MAKE/MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.E. NO. | P.O. NO. | | R.O. DATE 03/24/08 | |
| RESIDENCE PHONE 508-644-2665 | BUSINESS PHONE 508-847-9446 | COMMENTS | | | |

LABOR & PARTS-------------------------------------------------------------- MO: 27088

[redacted]

THIS VEHICLE WAS TOWED TO THE DEALER ON 3/06/08. THIS VEHICLE WAS TOWED HERE AT THAT TIME WITHOUT THE IGNITION KEY. WE ATTEMPTED TO CONTAC THE CUSTOMER SEVERAL TIMES TO COORDINATE PICKING UP THE KEY TO NO AVAIL. THE CUSTOMER EVENTUALLY DROPPED OF THE KEY ON 3/19/08. LINE FOR INFORMATION PURPOSES ONLY.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

[redacted]

THE CUSTOMER STATES THAT THE "CHECK ENGINE" LIGHT IS ON WHILE DRIVING. CHECK AND ADVISE
CHECKED SECONDARY AIR PUMP FUSE. FOUND OUT THAT FUSE HAD NOT BLOWN OUT. PROVIDED THIS INFORMATION TO CUSTOMER AS WELL AS PORSCHE FIELD TECHNICAL MANAGER (FTM).
CHECKED FOR FAULT CODES. FOUND FAULT CODE P0492 AS THE ONLY FAULT STORED, FOR INSUFFICIENT FLOW THROUGH CYLINDER BANK 2.
INSPECTED SECONDARY AIR PUMP, CONNECTIONS AT AIR PUMP, CHECK VALVE AND CROSSOVER MANIFOLD. ALL COMPONENTS IN THOSE AREAS WERE FINE AND NO MALFUNCTIONS WERE NOTED.
FTM REQUESTED ADDITIONAL TESTS TO BE PERFORMED ON THE SECONDARY AIR SYSTEM. SWAPPED WHEELS & TIRES FROM AN INVENTORY CAR TO BE ABLE TO TEST DRIVE CAR. FOUND OUT THAT SYSTEM WOULD NOT ALLOW RUNNING SHORT TEST. REPROGRAMMED THE DME CONTROL UNIT AFTER REVIEW WITH FTM. RE-RUN SHORT TEST. TEST RAN AND SYSTEM PASSED TEST. ON SECOND ATTEMPT TO PERFORM SHORT TEST, TEST FAILED. RAN TEST AGAIN AFTER A TEST DRIVE. SYSTEM WOULD STOP RUNNING THE TEST PART WAY THROUGH TEST THEN IT WOULD FAIL TEST. REVIEWED FINDINGS WITH FTM. ASKED TO SWAP DME CONTROL UNITS WITH ANOTHER CAR FOR TEST PURPOSES SWAPPED DME CONTROL UNITS AND PERFORMED SHORT TEST. TEST WENT THROUGH EVERY TIME AND DID NOT FAIL TEST.
INSTALLED DME CONTROL UNIT IN INVENTORY CAR FOR TEST PURPOSES. DROVE THAT CAR WITH DME FROM THIS CAR AND SYSTEM WOULD NOT SET READINESS CODES. SWAPPED OVER ORIGINAL DME INTO DONOR CAR. SYSTEM PASSES TEST EASILY EVERY TIME.
REVIEWED FINDINGS WITH FTM. HE REQUESTED REPLACING THE DME CONTROL UNIT. ORDERED AND REPLACED THE DME CONTROL UNIT.
PROGRAMMED THE NEW DME CONTROL UNIT. TEST DROVE CAR AND PERFORMED READINESS AND SHORT TESTS. TESTS RAN EASILY AND WELL EACH TIME. SYSTEM PASSED TESTS ON EACH TIME.
REASSEMBLED DONOR VEHICLE.
CAR WAS TEST DRIVEN FOR ABOUT 30 MILES. NO FAULTS WERE RECORDED. SYSTEM CONTINUED TO RUN SHORT TESTS SUCCESFULLY.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
JOB # 2 1 997-618-603-05 CONTROL UNIT WARRANTY

JOB # 2 TOTAL PARTS 0.00



CUSTOMER COPY

[CONTINUED ON NEXT PAGE] 06:54pm

UAG WEST BAY IP, LLC
b/a **INSKIP PORSCHE** P CS414436
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

| | | | | |
|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 74 | | CELL: 774-644-476 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 | LICENSE NO. | INVOICE DATE 03/31/08 | INVOICE NO. POCS414436 |
| | | MILEAGE 27,045 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.S. NO. | P.O. NO. | R. O. DATE 03/24/08 | |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | | |

JOB # 2 TOTAL LABOR & PARTS 0.00 MO: 27088
G.O.G. & SUPPLIES
JOB # 2 FREIGHT DME

TOTAL - GOG WARRANTY 0.00

COMMENTS
ROADSIDE ASSISTANC TOW TO DEALER

TOTALS

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 0.00 |
| **TOTAL INVOICE $** | 0.00 |

CUSTOMER SIGNATURE

 CUSTOMER COPY [ END OF INVOICE: 1:06:54pm