UAG WEST BAY IP, LLC
d/b/a **INSKIP PORSCHE**

P[illegible]CS414491

1517 [illegible] Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

CELL: 774-644-4766

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 88272 | DAVID BORDELEAU | 71374 | 74 | 03/31/08 | POCS414491 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE: 119.90 | LICENSE NO. | MILEAGE: 27,045 | COLOR: BLACK TOP/ | STOCK NO.: 51225 |
| | YEAR/MAKE/MODEL: 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | | DELIVERY DATE: 05/01/06 | DELIVERY MILES: 26 |
| | VEHICLE I.D. NO.: W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | | SELLING DEALER NO.: 1673 | PRODUCTION DATE: 04/10/06 |
| | P.T. & NO. | P.O. NO. | | R.O. DATE: 03/28/08 | |
| RESIDENCE PHONE: 508-644-2665 / BUSINESS PHONE: 508-847-9446 | COMMENTS | | | | |

LABOR & PARTS-------------------------------------------- MO: 27088

[redacted]

RIGHT REAR TIRE HAD A BLOW OUT. LEFT REAR TIRE IS WORN DOWN TO CHORDS - PCNA AUTHORIZED ONE-TIME GOODWILL REPLACEMENT OF BOTH REAR TIRES AND A FOUR WHEEL ALIGNMENT COMPLETED.PD
MOUNTED & HIGH SPEED BALANCED 2 WHEELS/TIRES.
TIRE REGISTRATION CARD SUPPLIED ATTACHED TO INVOICE.

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 2 | 900-265-001-50 | WHEEL VALVE STEM | 11.95 | 23.90 |
| JOB # 1 | 2 | 997-361-410-00 | BALANCE WEIGHT | 5.36 | 10.72 |
| JOB # 1 | 2 | 997-361-415-00 | BALANCE WEIGHT | 5.82 | 11.64 |
| JOB # 1 | 1 | 1-547-300<br>PIRELLI PZERO ROSSO ASIMMETRICO | 295/30/ZR19 N1 | 560.48 | 560.48 |
| JOB # 1 | 1 | 1-547-300<br>PIRELLI PZERO ROSSO ASIMMETRICO | 295/30/ZR19 N1 | 560.48 | 560.48 |
| | | | JOB # 1 TOTAL PARTS | | 1167.22 |
| | | | JOB # 1 TOTAL LABOR & PARTS | | 1277.17 |

[redacted]

997 911 FOUR WHEEL ALIGNMENT
COMPLETED.PD
CHECKED AND ADJUSTED ALIGNMENT ON ALL FOUR WHEELS TO FACTORY SPECIFICATIONS.
BEFORE AND AFTER SPECIFICATIONS ATTACHED TO INVOICE.

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | JOB # 2 TOTAL PARTS | | 0.00 |
| | | | JOB # 2 TOTAL LABOR & PARTS | | 169.95 |

| MISC | CODE | DESCRIPTION | CONTROL NO. | |
|---|---|---|---|---|
| JOB # A | POSS | PORSCHE SHOP SUPPLY | | 20.77 |
| JOB # A | SHA | SERVICE HISTORY ADMIN | | 0.89 |
| JOB # A | PCHZ | PORSCHE HAZARDOUS WASTE | | 5.00 |
| JOB # 1 | TIRE | TIRE DISPOSAL | | 6.00 |
| | | | TOTAL MISC | 32.66 |

COMMENTS--------------------------------------------
ROADSIDE ASSISTANC TOW TO DEALER
TIRES REPLACED AND FOUR WHEEL ALIGNMENT PERFORMED AT NO CHARGE TO CUSTOMER. PORSCHE CARS NORTH AMERICA ONE-TIME GOODWILL ASSISTANCE.



CUSTOMER COPY

[CONTINUED ON NEXT PAGE] 06:10pm

UAG WEST BAY IP, LLC
d/b/a **INSKIP PORSCHE**
1517 A Bald Hill Road
WARWICK, R.I. 02886
(401) 821-1510
www.inskip.com

P CS414491

POCS414491

CELL: 774-644-4766

| | | | | |
|---|---|---|---|---|
| CUSTOMER NO. 88272 | ADVISOR DAVID BORDELEAU 71374 | TAG NO. 74 | INVOICE DATE 03/31/08 | INVOICE NO. POCS414491 |
| RAYMOND A ROMAGNOLO<br>2 RODNEY DRIVE<br>ASSONET, MA 02702 | LABOR RATE 119.90 / LICENSE NO. | MILEAGE 27,045 | COLOR BLACK TOP/ | STOCK NO. 51225 |
| | YEAR / MAKE / MODEL 06/PORSCHE/C2S COUPE/CARRERA S COUPE | | DELIVERY DATE 05/01/06 | DELIVERY MILES 26 |
| | VEHICLE I.D. NO. W P 0 A B 2 9 9 2 6 S 7 4 3 3 9 5 | | SELLING DEALER NO. 1673 | PRODUCTION DATE 04/10/06 |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 03/28/08 | |
| RESIDENCE PHONE 508-644-2665 / BUSINESS PHONE 508-847-9446 | COMMENTS | | | MO: 27088 |

TOTALS

| | |
|---|---|
| TOTAL LABOR.... | 279.90 |
| TOTAL PARTS.... | 1167.22 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 32.66 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 83.51 |
| **TOTAL INVOICE $** | 1563.29 |

N/c to Customer
Billed to Porsche Cars North America - Ef.

CUSTOMER SIGNATURE

www.LemonAuto.com

DANIEL GOLDSMITH RUGGIERO[1]
CHRISTOPHER M. LOVASZ[2]
STEVEN S. TOTH[2]
RONALD J. BOLZ[3]
1 - LICENSED IN MA, RI, CT, NY & NJ
2 - LICENSED ONLY IN MI & WI
3 - LICENSED ONLY IN MI, IL, IN, OH & WI

CONSUMER LEGAL SERVICES, PC
12 HARDING STREET, SUITE 110
LAKEVILLE, MA 02347
(508) 947-5454
FAX: (508) 947-5497

BOLZ, LOVASZ, TOTH & RUGGIERO, PLLC
ONE PENN PLAZA
250 WEST 34th STREET
NEW YORK, NY 10119
(508)947-5454
FAX: (508) 947-5497

BOLZ, LOVASZ, TOTH & RUGGIERO, PLLC
1 GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102

PLEASE SEND ALL CORRESPONDENCE TO OUR MASSACHUSETTS OFFICE

May 7, 2008

Porsche Cars North America, Inc.
980 Hammond Drive, Suite 1000
Atlanta, Georgia 30328

UAG West Bay IP, LLC
d/b/a INSKIP Porsche
1517A Bald Hill Road
Warwick, RI 02886

RE: **Raymond Romagnolo**
**2006 Porsche C2S Carrera S Coupe**
**VIN: WPOAB29926S743395**
**Demand for Relief pursuant to the Rhode Island Deceptive Trade Practices Act**
**Final Opportunity to Cure**

Dear Sir/Madam:

Please be advised that our office represents Raymond Romagnolo regarding the above referenced matter. This letter is to notify you that Raymond Romagnolo, pursuant to the Rhode Island Uniform Commercial Code, which covers breach of express and implied warranties, revocation of acceptance, cancellation of the sale, return of the vehicle and other rights and remedies, the Rhode Island Deceptive Trade Practices Act; the Federal Magnuson-Moss Warranty Act and other rights and remedies, does hereby revoke acceptance of the 2006 Porsche C2S Carrera S Coupe. Furthermore, let this letter serve as notice that the 2006 Porsche C2S Carrera S Coupe has been subject to repair at least 8 times out of service for at least 81 days for nonconformities that continue to exist. Therefore, you are afforded one final opportunity to cure the vehicle's nonconformities.

In order for you to evaluate this matter, the following is a detailed repair summary relative to Raymond Romagnolo's 2006 Porsche C2S Carrera S Coupe (see enclosed copies of repair orders):

| DATE | DAYS | MILEAGE | RO# | COMPLAINT |
|---|---|---|---|---|
| 06/27/06 | 2 | 2,844 | 409459 | **TIRE DEFECT:** Customer states that the passenger side rear tire is flat and damaged. *Please check and advise. Mounted high speed balanced 1 wheel/tire. Not under warranty.* |
| 06/18/07 | 4 | 15,654 | 412264 | **ENGINE DEFECT:** Customer states that the check engine light is on. *Please check and advise. The technician verified the customer's concern. The piwis tester was used to check for stored fault codes. Faults P0491 and P0492 are present. Secondary Air, insufficient flow. The subwoofer was removed as well as rear relay board. MXI fuse was found to have blown. Replaced fuse and erased faults. The secondary air pump is not working and is need of replacement. The technician removed manifold on bank 1. Removed and replaced air pump. Replaced maxi fuse and erased faults. The vehicle was test driven and rechecked for fault codes-no further faults present. Warranty.* |
| 09/05/07 | 20 | 21,634 | 412940 | **ENGINE DEFECT:** The customer states that the PCM has a mind of its own. Will not shut off and is draining the battery. *Completed PD. Tested PCM operation. Unable to duplicate complaint. Checked for fault codes, found fault 8025 in navigation. Checked control units for lock & unlock counters, found some unlock codes under PCM2 GW and external amp. Reset all counters to zero and roadtested car, counters did not return reviewed findings with PTEC. Advised to replace PCM. Ordered & replaced PCM. Read values from old unit. Installed exchange unit and wrote values. Performed handover, PCM had no sound, nav unit & external amp not recognized. Performed battery drain, did not help. Reinstalled old unit and reread values, rewroye values into operation, unit worked properly. Warranty.* |
| 10/23/07 | 1 | 24,197 | 413372 | **ELECTRICAL DEFECT:** The customer states that the navigation continues to freeze up while driving. *Check and advise, completed. PD The technician inspected the vehicle to verify the customers concern. Initially the tech could not duplicate the concern, Road tested and scanned the system for stored codes, none noted. Road* |

| | | | | |
|---|---|---|---|---|
| | | | | *tested a second time and problem occurred. Rescanned system for stored codes and found code 8025 stored. (Disc cannot be read). Installed a known good disc. Problem still existed. Installed a replacement DVD player and road tested, system operated normally. Scanned for codes, none noted. Warranty.* |
| 01/07/08 | 18 | 26,340 | 413916 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise, completed. PD. The technician inspected the vehicle to verify the customers concern. The tech road tested and found that the check engine light was on while driving. The tech scanned the system for stored codes and found codes P0491 and P0492 stored (secondary air injection system, insufficient flow bank 1 and bank 2). The tech inspected the secondary air pump with drive links, inoperative. The tech found that the air pump fuse was blown, installed a new fuse and tested pump. Pump was extremely noisy. The tech installed a new secondary air pump, cleared codes and road tested. Operation normal. Check engine light did not return. Warranty.* |
| | | | | **ENGINE DEFECT:** *Service action on some 2006 & 2007 997 models. Must first check VIN eligibility through E-DCS. Deactivating speed setting 1 of the engine compartment blower. Service action. Completed W737 service action on some2006-2007 997 models. Deactivated speed setting 1 of the engine compartment blower. Warranty.* |
| 02/04/08 | 24 | 26,500 | 414112 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise, completed..VEE. Checked for fault codes, found faults P0491 & P0429 for secondary air insufficient flow to cylinder banks 1&2. Checked system, found 40 amp maxi-fuse blown, checked secondary air pump, pump tested good. Checked wiring to relay panel, wiring looked good and did not find any faults in any wiring or connectors. Reassembled intake manifold and submitted a technical assistance request # 01673-7BJJT791928. PTEC requested comparing air pump draw with another car, found that both cars had the same draw of about 40 amps on* |

*start-up then leveled off at 15 amps. Swapped air pump relay for test purposes, drove car for about 60 miles, fuse did not blow. Reviewed findings with PTEC, recommended replacement of the air pump check valve, replaced check valve and tested old valve, found valve was leaking in closed position. Performed additional tests requested by PTEC, test drove car again, fuse did not blow. Car was test driven a total of 219 miles, fuse did not blow. Reviewed finding with field tech manager. Warranty.*

| | | | | |
|---|---|---|---|---|
| 03/24/08 | 8 | 27,045 | 414436 | **ENGINE DEFECT:** The customer states that the check engine light is on while driving. *Check and advise. Checked secondary air pump fuse, found out that fuse had not blown out. Provided this information to customer as well as Porsche field technical manager (FTM). Checked for fault codes, found fault code P0492 as the only fault stored, for insufficient flow through cylinder bank 2. Inspected secondary air pump, connections at air pump, check valve and crossover manifold, all components in those areas were fine and no malfunctions were noted. FTM requested additional tests to be performed on the secondary air system. Swapped wheels & tires from an inventory car to be able to test drive car, found out that system would not allow running short test. Reprogrammed the DME control unit after review with FTM. Re-run short test, test ran and system passed test. On second attempt to perform short test, test failed. Ran test again after a test drive, system would stop running the test part way through the test, then it would fail test. Reviewed findings with FTM, asked to swap DME control units with another car for test purposes. Swapped DME control units and performed short test, test went through every time and did not fail test. Installed DME control unit in inventory car for test purposes, drove that car with DME from this car system, would not set readiness codes. Swapped over original DME into donor car, system passes test easily every time. Reviewed findings with FTM, hr requested replacing the DME control unit, ordered and replaced the DME control unit. Test drove car and performed readiness and short tests, tests ran easily and well each time. System passed tests on each time.* |

| | | | | |
|---|---|---|---|---|
| | | | | *Reassembled donor vehicle. Car was test driven for about 30 miles, no faults were recorded. System continued to run short tests successfully. Warranty.* |
| 3/28/08 | 4 | 27,045 | 414491 | **TIRE DEFECT:** Right rear tire had a blow out. *Left rear tire is worn down to chords-PCNA authorized one-time goodwill replacement of both rear tires and four wheel alignment. Completed, PD. Mounted & high speed balanced 2 wheels/tires. Tire registration card supplied attached invoice. Not under warranty.* |

TOTAL DAYS OUT OF SERVICE: **81**

On May 27, 2006, Raymond Romagnolo purchased the 2006 Porsche C2S Carrera S Coupe (see enclosed copy of Purchase & Sales Agreement). Raymond Romagnolo has submitted the 2006 Porsche C2S Carrera S Coupe for repair on at least 8 different occasions and vehicle has been out of service for a total of 81 days. The limited written warranty provides that Porsche Cars North America, Inc. and/or its authorized dealerships will repair or replace all parts found to be defective in factory-supplied materials or workmanship.

It is our client's position that Porsche Cars North America, Inc.'s inability to repair this vehicle after 8 attempts and out of service for at least 81 days constitutes a breach of its warranty, an unfair and deceptive trade practice in violation of the Rhode Island Deceptive Trade Practices Act and the Attorney General's regulations promulgated there under, the Federal Magnuson-Moss Warranty Act, and other rights and remedies.

Furthermore, UAG West Bay IP, LLC's inability to repair this vehicle and/or misrepresentations made regarding the warranty and the vehicle purchased constitute a breach of its warranty, an unfair and deceptive trade practice in violation of the Rhode Island Deceptive Trade Practices Act and the Attorney General's regulations promulgated there under, the Federal Magnuson-Moss Warranty Act and other rights and remedies.

For the foregoing reasons, Raymond Romagnolo respectfully requests that Porsche Cars North America, Inc. and/or UAG West Bay IP, LLC repurchase the 2006 Porsche C2S Carrera S Coupe and pay his attorney fees and costs. In the alternative, you may call me to schedule a final opportunity to repair the 2006 Porsche C2S Carrera S Coupe's nonconformities. If you fail to respond within thirty (30) days of receipt of this letter with a reasonable offer of settlement, you may be liable for treble damages and reasonable attorney's fees and costs.

Thank you for your time and attention. I look forward to hearing from you.

Very truly yours,

Daniel Goldsmith Ruggiero

DGR/cb
Enclosures