STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0905 RAYMOND ROMAGNOLO V PORSHE CAS NORTH AMERICA INC

Filing Date: 07-02-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECEPTIVE TRADE PRACTICE
Status Date: 08-28-2008

Plaintiff: RAYMOND ROMAGNOLO
ID: @11034866

Attorney: DANIEL RUGGIERO

Defendant: PORSCHE CARS NORTH AMERICA INC
ID: @11034868

Defendant: UAG WEST BAY IP
ID: @11034870

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 07-02-2008 | COMPLAINT FILED | |
| 07-02-2008 | INITIAL FILING FEE | |
| 07-02-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK62222. |
| 08-21-2008 | AFFIDAVIT FILED | OF DANIEL GOLDSMITH RUGGIERO ESQ.2 FILED |
| 08-28-2008 | NOTICE OF REMOVAL | CA 08 324ML |
| 08-28-2008 | CASE REMVD TO US DISTRICT CT | |
| 08-28-2008 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT